UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20627-CIV-ALTMAN

**OMAR J. ROSS, SR.**,

*Plaintiff*,

v.

**CORRECTION HEALTH SERVICES-
JACKSON HEALTH SERVICES,** *et al.*,

*Defendants.*

_____/

## **ORDER**

After screening the Plaintiff's § 1983 civil rights complaint under 28 U.S.C. § 1915A, we concluded that "the Complaint fail[ed] to state a viable claim against any of [the] Defendants"—and so, we dismissed Ross's complaint without prejudice. Order to Amend [ECF No. 4] at 1. In accordance with binding Eleventh Circuit precedent, we granted Ross "leave to file an amended complaint" so that he could address "the defects [we] identified in [the Order to Amend.]" *Id.* at 9 (citing *Woldeab v. DeKalb Cnty. Bd. of Educ.*, 885 F.3d 1289, 1291 (11th Cir. 2018)). We also warned Ross that, if he didn't file an amended complaint by **April 7, 2023**, we'd "dismiss *the entire case* for failing to prosecute or for failure to comply with court orders." *Id.* at 11 (citing FED. R. CIV. P. 41(b)).

That April 7, 2023, deadline has come and gone, and Ross has failed to file an amended complaint. *See generally* Docket. Ross has thus ignored this Court's orders and failed to prosecute his own case. As a result, the only appropriate sanction now is dismissal. *See Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The Court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order." (citing FED. R. CIV. P. 41(b))).

Accordingly, we hereby **ORDER AND ADJUDGE** that this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with this Court's orders. *See* FED. R. CIV. P. 41(b). This Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on April 26, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Omar J. Ross, *pro se*